UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LYSSE PARTNERS LLC,                                                :
:
                 Plaintiff,                                  :   24-CV-274 (JMF)
:
    -v-                                                          :   ORDER
:
CAVERN CLUB, LLC, d/b/a LIVERPOOL JEANS,                           :
LIVERPOOL DIVISION OF CAVERN CLUB,                                 :
:
                 Defendant.                                  :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's Answer to Plaintiff's Amended Complaint, *see* ECF Nos. 28, 29, Defendant's earlier motion to dismiss filed at ECF No. 21 is hereby DENIED as moot. The initial pretrial conference that the Court previously adjourned *sine die*, *see* ECF No. 25, is hereby RESCHEDULED to **May 8, 2024**, at **9:00 a.m.** The parties should consult ECF No. 10 for the call-in information and instructions regarding the joint letter and proposed Civil Case Management Plan due prior to the conference.

       The Clerk of Court is directed to terminate Docket No. 21.

       SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                            _____
                                               JESSE M. FURMAN
                                           United States District Judge