# Arnold & Porter

**Louis S. Ederer**
+1 212.836.8144 Direct
Louis.Ederer@arnoldporter.com

April 26, 2024

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> Application GRANTED. The initial pretrial conference currently scheduled for May 8, 2024 is hereby RESCHEDULED to **May 29, 2024**, at **9:00 a.m.** The call-in instructions remain the same. *See* ECF No. 10. The Clerk is directed to terminate ECF No. 31.
>
> SO ORDERED.
>
> /s/ Jesse M. Furman
> April 26, 2024

**Re: Joint Motion to Adjourn Initial Pretrial Conference in *Lyssé Partners LLC v. Cavern Club, LLC, d/b/a Liverpool Jeans, Liverpool Division of Cavern Club*, Case No. 24-cv-00274 (JMF)**

Dear Judge Furman:

This firm represents Plaintiff Lyssé Partners, LLC ("Plaintiff") in the above-captioned matter. On April 16, 2024, the Court ordered that the Initial Pretrial Conference is to be held on May 8, 2024. D.I. 30. Per the Court's Individual Rules and Practices in Civil Cases, the parties are directed to file a joint letter as well as a proposed Civil Case Management Plan and Scheduling Order no later than the Thursday of the week prior to the conference date, *i.e.*, May 2, 2024. Individual Rule 3.D.

The Parties write to inform Your Honor that they have been engaged in settlement negotiations and would like to continue these discussions over the coming days in an effort to bring the matter to resolution. For that reason, the Parties hereby jointly move to adjourn the Initial Pretrial Conference for 21 days, to May 29, 2024. No previous requests to adjourn the Initial Pretrial Conference have been made. Note that counsel for Defendant Cavern Club, LLC (copied below) has reviewed this letter and approves of its submission.

Sincerely,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Louis S. Ederer*
Louis S. Ederer
Elizabeth A. Long
Matthew M. Wilk

Attorneys for Plaintiff Lyssé Partners LLC

Cc: Gina Bibby, Esq.